IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DANIEL L. SUTPHIN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-3050-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) | |
| | ) | |
| Defendant. | ) | |

Phil Studenberg
Attorney at Law
200 Pine Street
Klamath Falls, Oregon  97601

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600

Page 1 - JUDGMENT

Portland, Oregon  97204
Richard M. Rodriguez
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby AFFIRMED.

    Dated this   22nd   day of April, 2008.

                               /s/ Garr M. King
                               Garr M. King
                               United States District Judge